**Order entered August 18, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01501-CR
### No. 05-19-01502-CR
### No. 05-19-01503-CR

## JABRICE DAVAN ORTEGA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-80783-2018 Cts. I, II & III**

## ORDER

Before the Court is appellant's August 17, 2020 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before September 8, 2020.

/s/    BILL PEDERSEN, III
            JUSTICE